# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS, DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 2,905.—WILLIAM COOPER, RESPONDENT, v. JOHN COLBERG, APPELLANT.

*Appeal from District Court, Sanders County; Henry L. Myers, Judge.*

Decided November 5, 1910.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is, after due consideration, by the court sustained and the appeal is ordered dismissed. (MR. JUSTICE SMITH dissenting.)

*Messrs. Marshall, Stiff & Roberts,* for Appellant.

*Mr. A. S. Ainsworth,* for Respondent.